### HALLAM et al. v. CLAGGETT.

No. 6753.—Opinion Filed July 31, 1917.

(166 Pac. 879.)

#### Affirmance of Judgment—Propriety.

Same as in No. 6754, Alfred Hallam et al. v. Rose E. Bailey, 66 Okla. 46, 166 Pac. 874.

(Syllabus by Stewart, C.)

Error from District Court, Nowata County, T. L. Brown, Judge.

Action by Tessie M. Claggett against Alfred Hallam and others. There was a judgment for plaintiff, and defendants bring error. Affirmed.

Sears & Snyder and Glass & Weaver, for plaintiffs in error.

J. C. Denton, for defendant in error.

Opinion by STEWART, C. This case was heard and determined in the trial court upon the same evidence introduced in No. 6754, Alfred Hallam et al. v. Rose E. Bailey, 66 Okla. 46, 166 Pac. 874, the court considering in each case the evidence as applicable to the particular case being determined. Opinion has been rendered by this court, affirming the judgment in No. 6754. The facts are substantially the same; and for the reasons assigned in the opinion rendered the judgment of the trial court in this case is affirmed.

By the Court: It is so ordered.